## 54315. GOLDSTEIN et al. v. ATLANTA COOPERATIVE CREDIT ASSOCIATION.

BIRDSONG, Judge.

The endorsers of a promissory note appeal from the granting of a summary judgment against them in a suit on the note brought by the appellee, payee credit union. *Held:*

1. "One who, being properly served, wishes to rely on the defense of lack of venue, must bring it to the attention of the court at a proper time or the defense is waived." *Allen v. Alston,* 141 Ga. App. 572, 573 (234 SE2d 152) (1977). "The failure of the defendant appellant[s] here to raise the question of venue either by motion or by defense in [their] answer amounts to a waiver of venue." *McGuire v. Associates Capital Serv. Corp.,* 133 Ga. App. 408, 410 (1) (210 SE2d 862) (1974). See also Code § 81A-112 (h) (1); *Daniel v. Yow,* 226 Ga. 544 (3) (176 SE2d 67) (1970). This enumeration of error is without merit.

2. There being issues of fact as to whether or not there was a variance of the terms of the note, whether there was an extension of risk and whether there was a novation, and if so, whether or not the appellants consented thereto, the judgment of the trial court must be reversed and these issues submitted to a jury. *Mayer v. Turner,* 142 Ga. App. 63, 64 (234 SE2d 853) (1977).

*Judgment reversed. Deen, P. J., and Webb, J., concur.*

ARGUED SEPTEMBER 6, 1977 — DECIDED OCTOBER 18, 1977 —
REHEARING DENIED NOVEMBER 16, 1977 —

*Slutzky, Wolfe & Bailey, Danny C. Bailey,* for appellants.

*Saul Blau, Richard P. Kessler, Jr.,* for appellee.